THOMAS NICKOLOPULOS, Respondent, *v.* HARRY JANOFF et al., Defendants, and DUBIN'S BAKERY, INC., Appellant.

(Submitted October 5, 1934; decided October 23, 1934.)

*Harold S. Kohn* and *Philip Marcus* for appellant.
*Thomas O'Rourke Gallagher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.